Lester J. Savit (SBN 213015)
lsavit@onellp.com
Paul Y. Feng (SBN 146889)
pfeng@onellp.com
**ONE LLP**
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff Cordelia Lighting, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDELIA LIGHTING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KATERRA, INC., D.B.A. KODO LIGHTING, a Delaware corporation,<br><br>Defendant. | Case No. 2:21cv1546<br><br>**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

Cordelia Lighting, Inc. ("Cordelia"), by and through its counsel, for its Complaint against Defendant Katerra, Inc., doing business as Kodo Lighting ("Katerra"), states as follows:

## NATURE OF ACTION

1. This is an action under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, for Katerra's infringement of Cordelia's United States Patent No. 9,557,021 (the "'021 patent"). Cordelia's '021 patent is also referred to herein as the "Patent-in-Suit".

## THE PARTIES

2. Cordelia is a California corporation with principal place of business located at 20101 S. Santa Fe Avenue, Rancho Dominguez, California 90221.

3. Katerra is a Delaware corporation with its principal place of business located at 2494 Sand Hill Rd., Bldg. 7, Suite 100, Menlo Park, California 94025. Katerra engages in business activities, including at least some of the activities constituting infringement of Cordelia's '021 patent in association with the business name Kodo Lighting. Upon information and belief, Kodo Lighting is not a separately incorporated entity. To the extent Kodo Lighting is a separate legal entity, reference to Katerra herein refers both to Katerra and to Kodo Lighting.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Katerra is subject to this Court's specific and general personal jurisdiction due at least due to its presence and business activities in this district.

6. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391 and 1400. Katerra has a regular and established place of business within this district, including at least a location at 2883 E. Victoria Street, Compton, California 90221-5613.

///

## THE PATENTS

7. Cordelia is the owner by assignment of all right, title, and interest in and to the '021 patent, entitled "Recessed LED Light Fixture." The '021 patent duly and lawfully issued to Cordelia on January 31, 2017. A true and correct copy of the '021 patent is attached hereto as **Exhibit A**.

8. Cordelia has marked the '021 patent number on its products, thereby providing at least constructive notice of the patent to Katerra, and upon information and belief actual knowledge, from a date prior to the filing of this Complaint.

## COUNT I

### (Infringement of the '021 Patent by Katerra's LED Downlight)

9. Cordelia realleges and incorporates herein by reference the allegations set forth in Paragraphs 1-8 of this Complaint.

10. As the lawful owner of the '021 patent, and possessing all right, title, and interest in the '021 patent, Cordelia has the right to sue Katerra for infringement and recover damages and other remedies.

11. Katerra directly infringes, literally and by application of the doctrine of equivalents, the '021 patent by making, using, importing, selling, and/or offering to sell Kodo Lighting LED downlight products including but not limited to three-inch, four-inch, and five-inch premium downlights ("LED Downlights") that are covered by at least one claim of the '021 patent in the United States, in violation of 35 U.S.C. § 271(a).

12. As just one non-limiting example, set forth below is a description of infringement of exemplary claim 1 of the '021 patent with respect to Katerra's Koto Lighting LED Downlights. Cordelia reserves the right to modify this description, including on the basis of information through further investigation and discovery.

13. Claim 1 of the '021 patent, for example, is generally directed to a recessed, solid state light fixture, the fixture having the following elements: (a) a truncated-cone-shape trim having a top surface and a concave bottom surface, (b)

wherein the concave bottom surface includes means for reflecting, (c) an LED array disposed directly against the bottom surface of the trim, (d) a housing containing only an LED driver having a top and a bottom, (e) the LED driver disposed directly on the top surface of the trim and electrically wired to the LED array, (f) a junction box stacked directly on top of the housing and electrically wired to the LED driver, (g) the junction box having at least one of ports with retainer clips and punch outs for cable and wire access, (h) wherein the housing and junction box have matching diameters and matching straight cuts along their chords, and (i) means for stabilizing the fixture, disposed on the top surface of the trim at a periphery.

14. Katerra's Koto Lighting LED Downlights include each of the Claim 1 elements identified above, either literally or by application of the doctrine of equivalents.

15. For example, the Kodo product identified as "5 Inch Premium Recessed Downlight Kit" ("Kodo 5-Inch Downlight") includes each of the elements of claim 1, either literally or by application of the doctrine of equivalents.

16. The Kodo 5-Inch Downlight is identified on its box as a "Recessed LED Downlight Kit."



This indicates that the product contained in the box is an LED or solid state source of light intended to be used as a recessed downlight fixture.

/ / /

17. The Kodo 5-Inch Downlight has a truncated-cone-shape trim with a top surface and a concave bottom surface.




18. The Kodo 5-Inch Downlight's bottom surface includes means for reflecting.



19. The Kodo 5-Inch Downlight has an LED array disposed directly against the bottom surface of the trim.




20. The Kodo 5-Inch Downlight has a housing containing only an LED driver, the housing having a top and a bottom.



21. The Kodo 5-inch Downlight has an LED driver disposed directly on the top surface of the trim and electrically wired to the LED array.



22. The Kodo 5-inch Downlight has a junction box stacked directly on top of the housing and electrically wired to the LED driver. Kodo has molded the junction box together with the housing.



COMPLAINT                                                          Case No. 2:21cv1546

23. The Kodo 5-inch Downlight's junction box has at least one of ports with retainer clips and punch outs for cable and wire access. This claim element covers a junction box with either a port with retainer clip or a punch out, or both.



24. The Kodo 5-inch Downlight's housing and junction box are molded together to assure they have matching diameters and matching straight cuts along their chords.



25. The Kodo 5-inch Downlight has means for stabilizing the fixture, i.e., spring loaded brackets, located on the top surface of the trim at a periphery.



26. Every element of at least claim 1 of the '021 patent is found on the Kodo 5-inch Downlight either literally, or by application of the doctrine of equivalents.

## COUNT II

### (Infringement of the '021 Patent by Katerra's LED Gimbal Lights)

27. Cordelia realleges and incorporates herein by reference the allegations set forth in Paragraphs 1-26 of this Complaint.

28. Katerra directly infringes, literally and by application of the doctrine of equivalents, the '021 patent by making, using, importing, selling, and/or offering to sell Kodo Lighting LED Gimbal products including but not limited to three-inch and four-inch diameter gimbal lights ("LED Gimbal Lights") that are covered by at least one claim of the '021 patent in the United States, in violation of 35 U.S.C. § 271(a).

29. As just one non-limiting example, set forth below is a description of infringement of exemplary claim 1 of the '021 patent with respect to Katerra's Koto Lighting LED Gimbal Lights. Cordelia reserves the right to modify this description, including on the basis of information through further investigation and discovery.

30. Katerra's Koto Lighting LED Gimbal Lights include each of the Claim 1 elements identified above, either literally or by application of the doctrine of equivalents.

31. For example, the Kodo product identified as "4 Inch Premium Recessed LED Gimbal Kit" ("Kodo Gimbal Product") includes each of the elements of claim 1, either literally or by application of the doctrine of equivalents.

32. The Kodo Gimbal Product is identified on its box as a "Recessed LED Downlight Kit."



1  This indicates that the product contained in the box is an LED or solid state source of
2  light intended to be used as a recessed downlight fixture.
3      33.    The Kodo Gimbal Product has a truncated-cone-shape trim with a top
4  surface and a concave bottom surface.




12      34.    The Kodo Gimbal Product's bottom surface includes means for reflecting.



21      35.    The Kodo Gimbal Product has an LED array disposed directly against the
22  bottom surface of the trim.



36. The Kodo Gimbal Product has a housing containing only an LED driver, the housing having a top and a bottom.



37. The Kodo Gimbal Product has an LED driver disposed directly on the top surface of the trim and electrically wired to the LED array.



38. The Kodo Gimbal Product has a junction box stacked directly on top of the housing and electrically wired to the LED driver. Kodo has molded the junction box together with the housing.



39. The Kodo Gimbal Product's junction box has at least one of ports with retainer clips and punch outs for cable and wire access. This claim element covers a junction box with either a port with retainer clip or a punch out, or both.



40. The Kodo Gimbal Product's housing and junction box are molded together to assure they have matching diameters and matching straight cuts along their chords.



41. The Kodo Gimbal Product has means for stabilizing the fixture, i.e., spring loaded brackets, located on the top surface of the trim at a periphery.



42. Every element of at least claim 1 of the '021 patent is found on the Kodo Gimbal Product either literally, or by application of the doctrine of equivalents.

## PRAYER FOR RELIEF

WHEREFORE, Cordelia respectfully prays that this Court:

a. Enter a judgment that one or more claims of the '021 patent has been infringed by Katerra;

b. Grant a permanent injunction, pursuant to 35 U.S.C. § 283, restraining and enjoining Katerra and its officers, directors, agents, servants, employees, successors, assigns, parents, subsidiaries, affiliated or related companies, and attorneys from infringing the '021 patent; or, in the alternative, an award of a reasonable ongoing royalty for future infringement of the '021 patent;

c. Award Cordelia damages pursuant to 35 U.S.C. § 284 in an amount sufficient to compensate Cordelia for Katerra's infringement of the '021 patent, but not less than a reasonable royalty, together with interest and costs, including compensatory damages;

d. Award prejudgment interest and post-judgment interest on its damages;

e. Declare this case an exceptional case and award Cordelia its reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and,

f. Grant such other and further relief as this Court may deem just and proper.

Dated: February 19, 2021

**ONE LLP**

By: */s/ Lester J. Savit*
Lester J. Savit (SBN 213015)
lsavit@onellp.com
Paul Y. Feng (SBN 146889)
pfeng@onellp.com
**ONE LLP**
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John E. Lord (SBN 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone:     (310) 866-5157
Facsimile:      (310) 943-2085

Attorneys for Plaintiff
Cordelia Lighting, Inc.

## DEMAND FOR JURY TRIAL

Cordelia hereby demands a jury trial on all issues appropriately triable by a jury.

Dated: February 19, 2021      **ONE LLP**

By: */s/ Lester J. Savit*
Lester J. Savit (SBN 213015)
lsavit@onellp.com
Paul Y. Feng (SBN 146889)
pfeng@onellp.com
**ONE LLP**
4000 MacArthur Blvd., East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

John E. Lord (SBN 216111)
jlord@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
Facsimile: (310) 943-2085

Attorneys for Plaintiff
Cordelia Lighting, Inc.