JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDELIA LIGHTING, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> KATERRA, INC, <br><br> Defendant(s). | CASE NO. 2:21-cv-01546-RGK-RAO <br><br> **ORDER REMOVING MATTER FROM COURT'S ACTIVE CASELOAD** |

In light of the Notice of Pendency of Other Actions or Proceedings filed on June 28, 2021 [14], regarding the January 13, 2021 Chapter 11 Bankruptcy filed by defendant Katerra, Inc., the Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court. Counsel are to properly motion this Court should they desire this matter placed back on active status.

**IT IS SO ORDERED.**

DATED: July 23, 2021

_____
**R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE**